SO ORDERED.

TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: January 14, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**



Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50308/0323132910

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Brenda G. Dunphy<br>      Debtor.<br>_____<br>Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of February 1, 2005 Asset Backed Pass-Through Certificates Series 2005 WHQ1<br>      Movant,<br>vs.<br>Brenda G. Dunphy, Debtor, Edward J. Maney, Trustee.<br>      Respondents. | No. 2:08-bk-10309-RTB<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #36) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 16, 2004 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement dated as of February 1, 2005 Asset Backed Pass-Through Certificates Series 2005 WHQ1 is the current beneficiary and Brenda G. Dunphy has an interest in, further described as:

>   Lot 15, Buckeye Ranch phase1 according to plat of record in the office of county recorder of Maricopa County, Arizona recorded in Book 453 of maps p.46 replat book 504 p. 12

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT